ACCEPTED
03-14-00694-CV
5182898
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 4:55:21 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00694-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/6/2015 4:55:21 PM

JEFFREY D. KYLE
Clerk

**ANTHONY PASSEUR**, *APPELLANT*

*v.*

**FEDERAL HOME LOAN MORTGAGE CORPORATION**, *APPELLEE*

APPEAL FROM CAUSE NO. 14-0981-CC4
COUNTY COURT AT LAW NUMBER FOUR
WILLIAMSON COUNTY, TEXAS
HON. JOHN MCMASTER PRESIDING

**APPELLANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Stephen Casey
Texas Bar No. 24065015

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

*Counsel for Appellant*
*Anthony Passeur*

ORAL
ARGUMENT
REQUESTED

i

## GROUNDS FOR MOTION

1.  Appellant's Brief is due to be filed in Court on May 6, 2015.

2.  Due to a family illness, counsel's appearance to deliver testimony before the legislature, the impending due date of a Cert Petition, and the due date of a 5th Circuit Brief, counsel is in need of more time to adequately draft and file Appellant's Brief .

3.  Appellant is asking for a 30-day extension.

4.  This is Appellant's first request for an extension.

## PRAYER

For the foregoing reasons, Appellant prays the Court will grant the motion.


Respectfully submitted,


   /s/ Stephen Casey

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us


## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferenced with opposing counsel, Travis Gray, via e-mail on May 6, 2015.  Opposing counsel is opposed to the Motion for Extension of Time to File Appellant's Brief.

1

/s/Stephen Casey


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on Wednesday, May 6, 2015, on the following via facsimile transmission:

Travis Gray
Jack O'Boyle and Associates
travis@jackoboyle.com


/s/ Stephen Casey

2